UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re   Angela Gray                               )
                                                  ) Case No. 12-49403-399
                                                  ) Chapter 13
                                                  )
             Debtor.                              ) Response Due: April 13, 2015

To: JP MORGAN CHASE BANK NA PO BOX 901032 C/O CHASE AUTO FINANCE FT WORTH, TX   76101-2032

## OBJECTION TO CLAIM 3-1 OF JP MORGAN

Debtor objects to your Claim No. 3-1 inasmuch as 97% of the NADA retail value of the vehicle which secures this debt, in its condition as of the filing of this cause, did not exceed $4,000 and claimant's secured claim should be allowed in that amount only.

**PLEASE TAKE NOTICE:** ANY RESPONSIVE PLEADING IN OPPOSITION TO THIS OBJECTION TO CLAIM MUST BE FILED IN WRITING NO LATER THAN TWENTY (20) DAYS AFTER THE DATE OF SERVICE OF THIS OBJECTION AS SHOWN ON THE CERTIFICATE OF SERVICE. (See L.B.R. 3007-1 B. and L.B.R. 9061-1 B.)  THE RESPONSE MUST BE IMMEDIATELY SERVED UPON THE UNDERSIGNED.  IF NO RESPONSE IS FILED, THE COURT MAY GRANT THIS OBJECTION WITHOUT FURTHER NOTICE ON EXPIRATION OF THE RESPONSE PERIOD.

IF A RESPONSE IS FILED, THE UNDERSIGNED OBJECTOR SHALL SET THE MATTER FOR HEARING AND PROVIDE NOTICE THEREOF PURSUANT TO L.B.R. 3007-1 B.

     /s/Ross Briggs #2709  #31633
     Ross Briggs
     Attorney At Law
     4144 Lindell Ste 202
     St Louis MO 63108
     314-852-8293 Fax: 314-531-9958
     r-briggs@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically this 24th day of March, 2015 to Chapter 13 Trustee John V. LaBarge, Jr. and

(L.F. 11 Rev. 05/03)

JP MORGAN CHASE BANK NA
PO BOX 901032
C/O CHASE AUTO FINANCE FT WORTH, TX



/s/  Ross Briggs

**(L.F. 11 Rev. 05/03)**